UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2014 APR 22 PM 2 08
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| IGEBOI HOLMES | CIVIL ACTION NO. |
| | 3:14CV-543 RNC |
| VS. | |
| | APRIL 22, 2014 |
| MIDDLETOWN POLICE DEPARTMENT, DOUGLAS CLARK, FRANK SCIRPO, BRIAN OWENS, FRANK DIFONZO, JIMMY LACASSE, CHRISTOPHER IOVENE, NICHOLAS PUORRO and WILLIAM MAIO | |

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in New Haven, Connecticut.

4. During all times mentioned in this action, the defendants Douglas Clark, Frank Scirpo, Brian Owens, Frank DiFonzo, Jimmy Lacasse, and Christopher Iovene were police officers in the Middletown Police Department and are residents of the State of Connecticut.

5. During all times mentioned in this action, the defendants Nicholas Puorro and William Maio were police detectives in the Middletown Police Department and are residents of the State of Connecticut.

6. The defendant, City of Middletown, is a municipal corporation in the State of Connecticut.

7. During all times mentioned in this action, the defendants were officers or detectives in the Police Department of Middletown, Connecticut, acting as such. Defendants are sued only in their individual capacities.

8. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

9. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

10. At or about approximately 10:00 p.m., on or about , April 22, 2011, in the vicinity of  in Middletown, the defendants arrested the plaintiff on various charges, including travelling too fast for conditions, driving under suspension, failure to drive in the proper lane, driving under the influence, evading responsibility, interfering and/or resisting. and assault on a police officer.

11. In the course of the said arrest, the defendants .repeatedly used a Taser on the plaintiff and beat the plaintiff about his body and head, including after the plaintiff was in handcuffs and physically helpless.

12. As a result, the plaintiff suffered significant physical injuries and severe emotional distress which continues to the present time.

13. In the manner described above, the defendants subjected the plaintiff to unreasonable force in violation of rights secured to the plaintiff by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

I hereby certify that I have read the facts in my complaint and they are true and accurate to the best of my knowledge and belief, under penalty of perjury.

THE PLAINTIFF

BY: *[signature]*
P.O. Box 3552, New Haven CT 06525
Igeboi Holmes, Pro Se

Subscribed and sworn to before me this 21st day of April, 2014

*[signature]*
Comm. Superior Court
CT Bar No. 303485